# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mark Murray, etc, et al,<br><br>        Plaintiff,<br><br>  v.<br><br>Starr Indemnity & Liability Company, et al,<br><br>        Defendant(s). | SACV 18-01895JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 9/17/2019

                                                James V. Selna<br>
                                       United States District Judge